NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5016

RAMAH NAVAJO SCHOOL BOARD, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in case no. 08-CV-019, Judge Lynn J. Bush.

ON MOTION

O R D E R

Upon consideration of the appellant's unopposed motion to continue the stay of the briefing schedule in this appeal,

IT IS ORDERED THAT:

The briefing schedule remains stayed. If the parties have not settled and dismissed this appeal within 60 days of the date of filing of this order, the appellant is directed to inform this court within 60 days of this order concerning how this appeal should proceed.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel H. MacMeekin, Esq.
John S. Groat, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK